# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-3022

_____

Bret Landrith

*Plaintiff - Appellant*

v.

Farmers Insurance Company, Inc.; James Andrew Bingley; Morrow Willnauer
Church LLC; Brown & James

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 15, 2023
Filed: February 21, 2023
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Bret Landrith appeals the dismissal of a discrimination claim he brought against his car-insurance company and its lawyers. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the complaint failed to state a claim. *See* Fed. R. Civ. P. 12(b)(6); *Gregory v. Dillard's, Inc.*, 565 F.3d

464, 472–73 (8th Cir. 2009) (en banc) (reviewing the failure to state a claim de novo and noting that allegations in a complaint must be "plausibl[e]," not "conclusory" (citation omitted)); *Sayger v. Riceland Foods, Inc.*, 735 F.3d 1025, 1031 (8th Cir. 2013) (stating that a retaliation claim under 42 U.S.C. § 1981 requires "a causal connection" between the protected activity and an adverse action (citation omitted)). We accordingly affirm the judgment of the district court.[1]  *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.